E-filing



1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **Bloodsaw Theopric K.**
    (Last)        (First)        (Initial)

Prisoner Number **N/A # P-26045**

Institutional Address **PBSP, ASU-E1, P.O. Box 7500 Crescent City, CA. 95532**

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Bloodsaw Theopric et al.**
(Enter the full name of plaintiff in this action.)

vs.

**Woodford J.S.**
**Nelson D.**
**Harlow D.J.**
**Goudelock W.**
(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 1392 (PR)**
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **PBSP**

B.   Is there a grievance procedure in this institution?
     YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                      - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _Two emergency appeals to Director's Level Review my third appeal was rejected at Second Level_

2. First formal level _Review by the appeals coordinator was malice     CV-00752-JF-550. Supreme Court Reports_

3. Second formal level _88 LAW. ED. Oct. 1943 TERM U.S. 320 (pp. 219 to end) U.S. 321-322 III Particular circumstance under w-_

4. Third formal level _hich exhaustion of state remedies is or is not necessary._

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
_Bloodsaw Theopric, PBSP, ASU-E1, P.O. Box 7500, Crescent City, CA. 95532_

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                    - 2 -

1     place of employment.
2 Woodford J.S., Warden, San Quentin;
3 Nelson D., C/O, PBSP; Harlow D., C/O,
4 PBSP; Goudelock W., C/O, PBSP

III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 Woodford J.S., Warden 12-22-99 U.S.C. Ame-
13 ndments I-IV-V-VIII-XIII-XIV Lack of Juri-
14 sdiction Over Subject Matter, Deprivation of
15 Rights, Harassment. Nelson D., C/O 2-24-04 U.S.C.
16 Amendments I-IV-V-VIII-XIII-XIV Lack of Juri-
17 sdiction Over Subject Matter, Deprivation of Rig-
18 hts, Sexual Misconduct, Harassed. Harlow D., C/O 2-
19 24-04 U.S.C. Amendments I-IV-V-VIII-XIII-XIV Lack
20 of Jurisdiction Over Subject Matter, Deprived of Righ-
21 ts, Sexual Misconduct, Harassed. Goudelock W., C/O,
22 2-24-04 U.S.C. Amendments I-IV-V-VIII-XIII-XIV
23 Lack of Jurisdiction Over Subject Matter, Deprived of
24 Rights, Racial Slurs etc.

25 IV.    Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I am asking the court for monetary just

COMPLAINT     - 3 -

compensation for punitive, liability and slander damages. I'm also asking the court for a permanent injunction for cruel and unusual punishments. I am legally and medically entitle to single cell housing I have been denied that right for malice reasons.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of February, 20 08

_T. Bloodsaw_
(Plaintiff's signature)

PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5; 28 U.S.C. Sec. 1746)

I, **Bloodsaw Theopric**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to the above-entitled action.

My State Prison address is: Post Office Box **7500**, Crescent City, California, 95531.

On the **25** day of **Feb.**, **08**, I served the following (set forth the exact title of document(s) served):

**Complaint Under The Civil Rights Act 42 U.S.C. 1983 and Affidavit**

on the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, California, 95531, addressed as follows:

**U.S. District Court**
**For the Northern**
**District of Calif.**
**450 Golden Gate Ave.**

**P.O. Box 36060**
**San Francisco, CA.**
**94102**

There is delivery service by United States mail to the place so addressed and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **25** day of **Feb.**, **08**

Declarant/Prisoner signature

# MOTION

# For A

# Pitchess Motion

# MOTION

## Motion To Suppress Evidence

# MOTION

## Motion To Correct Records

# MOTION

# Motion To Dismiss For Lack Of Jurisdiction Over Subject Matter

# MOTION
# To Set Aside

Case 5:08-cv-01392-JF    Document 1    Filed 03/11/2008    Page 10 of 14

# MOTION

## Motion To Dismiss For Insufficiency

# MOTION

## Motion For Default Judgment

# MOTION

Motion For Permanent Injunction

