NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>    Plaintiff,<br><br>  vs.<br><br>J. S. WOODFORD, et al.,<br><br>    Defendant(s). | No. C 08-01392 JF (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw1392_judgment.wpd